**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 14-1814**

————————————

JOHN PAUL TURNER, a/k/a Pops,

             Plaintiff – Appellant,

     v.

COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,

             Defendant – Appellee,

     and

GOVERNOR ROBERT F. MCDONNELL; DIRECTOR, U. S. GOVERNMENT
ACCOUNTABILITY OFFICE,

             Defendants.

————————————

Appeal from the United States District Court for the Western
District of Virginia, at Harrisonburg. Michael F. Urbanski,
District Judge. (5:13-cv-00093-MFU)

————————————

Submitted: December 9, 2014      Decided: December 17, 2014

————————————

Before KING, DUNCAN, and FLOYD, Circuit Judges.

————————————

Affirmed by unpublished per curiam opinion.

————————————

John Paul Turner, Appellant Pro Se. Maija DiDomenico, Assistant
Regional Counsel, Patricia McEvoy Smith, SOCIAL SECURITY
ADMINISTRATION, Philadelphia, Pennsylvania, for Appellee.

————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Paul Turner appeals the district court's orders remanding this matter to the Commissioner and denying Turner's motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Turner v. Comm'r</u>, No. 5:13-cv-00093-MFU (W.D. Va. Aug. 4 & 11, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>